**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01061-CR

**DARRELL DEWAYNE SNEED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-60730-Y**

## ORDER

The Court **REINSTATES** the appeal.

On April 23, 2013, we ordered the trial court to make findings of fact regarding why the reporter's record had not been filed. On June 21, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 23, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/ LANA MYERS
   JUSTICE